IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

WILLIAM COULSON,

Plaintiff,

v.

BONDED ADJUSTING SERVICES, INC.,

Defendant.

_____

## COMPLAINT AND JURY DEMAND
_____

COMES NOW, the Plaintiff, William Coulson, by and through his attorneys, FISCHER & FISCHER, LLP, and asserts the following Complaint against the Defendant as follows:

### I. JURISDICTION AND VENUE

1.      The Court has subject matter jurisdiction in this civil action pursuant to 25 U.S.C. § 1681p, which gives the United States District Courts jurisdiction over claims alleging violation of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

2.      The Plaintiff, William Coulson (hereinafter "Plaintiff") is an individual residing at 510 W. Magnolia, in the City of Fort Collins, County of Larimer, State of Colorado .

3.      The Court has personal jurisdiction over the Defendant, Bonded Adjusting Services,

Inc. (hereinafter "Defendant"), as it is a licensed collection agency conducting business at the principal address of 119 West Oak Street, in the City of Fort Collins, County of Larimer, State of Colorado.

4.      Venue in this district is proper pursuant to 28 U.S.C. § 1391 a(2) since the events giving rise to this claim occurred in this judicial district.

## II. GENERAL ALLEGATIONS

5.      Plaintiff incorporates herein those averments as made in paragraphs 1 through 4 above.

6.      On or about May 27, 2004, Bonded Adjusting Services, Inc. asserted certain claims against William Coulson in Civil Action Number 2004CV824.

7.      Contemporaneously with the filing of this lawsuit, Defendant caused to be reported to the three main credit reporting agencies that the amount of $184,476.42 was at issue between the parties. Plaintiff filed in his response, and asserted at all times that this money was not due in owing, and further, that the Defendant had failed to attempt to collect this matter in a timely fashion. The Defendant, at all times was put on notice that this was not a valid debt, that reporting this matter to the collection agencies was not in good faith, and was a violation of Plaintiff's rights pursuant to the Fair Debt Collection Practices Act as well as the Colorado Fair Collections Practices Act.

8.      In spite of being put on notice, Defendant continued to report this information to the three main credit reporting agencies.

9.      On or about November 16, 2005, the Honorable Judge Hiatt dismissed the case, agreeing with Plaintiff that the matter was not brought within the applicable statute of limitations and dismissed all claims brought by Defendant in the lawsuit.

10.      The Defendant was put on notice several times that it should report this information

to the credit reporting agencies, and that it should have the negative information withdrawn from Plaintiff's credit report, as it was negatively effecting Plaintiff's credit.

11.     Plaintiff was assured by Defendant that this would be reported to the credit reporting agency and that this negative reporting would be withdrawn.

12.     Plaintiff has recently checked his credit report and the negative information initiated by Defendant still remains upon his report.

13.     There is no evidence that Defendant ever properly notified all three credit reporting agencies to remove this highly prejudicial and clearly false information from Plaintiff's credit report.

### III. FIRST CLAIM FOR RELIEF
**(Federal Fair Credit Reporting Act, 15 U.S.C. § 1681, <u>et seq.</u>)**

14.     Plaintiff incorporates herein those averments as made in paragraphs 1 through 13 above.

15.     The Defendant is a collection agency within the meaning of 15 U.S.C. § 1681a(1)(f).

16.     The Defendant has a statutory duty, pursuant to 15 U.S.C. § 1681e, to protect individuals, such as Plaintiff, from inaccurate or false information being circulated.

17.     The Defendant acted as a credit reporting agency by supplying  inaccurate, misleading and false information pertaining to Plaintiff's credit report.

18.     The Defendant failed to comply with its duties pursuant to said act in regards to the Plaintiff's credit, by negligently and willfully reporting inaccurate, misleading and false information to the credit reporting agencies.

19.     The Plaintiff further contacted the Defendant regarding this inaccurate information.

20.     The Defendant also negligently and willfully failed to properly remove this inaccurate and false information from Plaintiff's credit report pursuant to 15 U.S.C. § 1681i.

21.     This false reporting of unpaid debt on the Plaintiff's credit report was made by the Defendant.  This report was made negligently, willfully and maliciously as the statements were made with a conscious disregard for the truth or veracity of said statements.

22.     The Plaintiff has been injured by the Defendant's conduct in an amount to be shown at trial and the Plaintiff hereby claims all damages due and available pursuant to the Fair Credit Reporting Act including costs and attorneys fees in bringing this action.

## IV. SECOND CLAIM FOR RELIEF
### (Violation of the Colorado Reporting Act)

23.     Plaintiff incorporates herein those averments as made in paragraphs 1 through 22 above.

24.     The Defendant is the furnisher of information pursuant to 15 U.S.C. § 1681s(1), and has a duty upon notification from the consumer to correct inaccurate information.

25.     The Defendant had a duty to accurately report information concerning the Plaintiff's dealings with them pursuant to 15 U.S.C. § 1681s(1) and negligently and willfully failed in its duty to accurately report said information to the credit reporting agencies.

26.     The Defendant further had a duty pursuant to 15 U.S.C. § 1681s(1) to investigate and correct any inaccurate information contained in Plaintiff's files, once Plaintiff made contact with Defendant regarding this inaccurate information.

27.     Plaintiff, in compliance with 15 U.S.C. § 1681s(1), made several attempts to have this inaccurate information removed from his credit report.

28.     The Defendant's failure to investigate and correct the inaccurate information

contained in Plaintiff's file was done negligently, willfully and maliciously, as Defendant made a conscious disregard for the truth or veracity of said statements.

29.     The Plaintiff has been injured by the Defendant's conduct in an amount to be shown at trial and the Plaintiff hereby claims all damages due and available pursuant to the Fair Credit Reporting Act including costs and attorneys fees in bringing this action.

WHEREFORE, Plaintiff asks this Court to enter judgment on his behalf and against the Defendant as follows:

a)      For all damages available and outlined pursuant to the Fair Credit Reporting Act contained in 15 U.S.C. § 1681;

b)      For actual and special damages based upon the placing of the Plaintiff in the false light by the Defendants;

c)      For attorneys fees and costs;

d)      For all other relief deemed just and proper by the Court.

## PLAINTIFF DEMANDS A JURY OF SIX

DATED this 10th day of October, 2006.

Respectfully submitted,

***Fischer & Fischer, LLP***

s/Erik G. Fischer
Erik G. Fischer
Attorney for Plaintiff
125 South Howes, Suite 900
Fort Collins, Colorado 80521
(970) 482-4710
(970) 482-4729 FAX