UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WILLIAM COULSON                         :
                                        :
        Plaintiff,                      : Civil Action No. 06-CV-02020
                                        :         RPM-MJW
v.                                      :
                                        :
EXPERIAN INFORMATION SOLUTIONS:
INC., EQUIFAX INFORMATION               :
SERVICES LLC, and TRANSUNION LLC,:
                                        :
        Defendants.                     :
_____ :

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
<u>ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED
COMPLAINT</u>**

COMES NOW Equifax Information Services LLC ("Equifax") and submits the following answer and affirmative defenses to Plaintiff's Amended Complaint:

I.  Jurisdiction and Venue

1.      To the extent that Plaintiff can maintain a federal cause of action, which Equifax denies, jurisdiction would be proper in this Court.

2.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint.

3.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

4.      Equifax admits the allegations contained in Paragraph 4 of Plaintiff's Amended Complaint.

## II. General Allegations

5. In response to Paragraph 5 of the Complaint, Equifax reinstates and reincorporates its answers and defenses to the foregoing paragraphs as though fully set forth herein.

6. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

7. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Amended Complaint.

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint.

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

14. Equifax denies the allegations contained in Paragraph 14 of Plaintiff's Amended Complaint as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14 of Plaintiff's Amended Complaint.

### III.  FIRST CLAIM FOR RELIEF
(Federal Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*)

15. In response to Paragraph 15 of the Complaint, Equifax reinstates and reincorporates its answers and defenses to the foregoing paragraphs as though fully set forth herein.

16. In response to Paragraph 16 of Plaintiff's Amended Complaint, Equifax states that the terms and conditions of the FCRA speak for themselves.

17. Equifax denies the allegations contained in Paragraph 17 of Plaintiff's Amended Complaint as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 17 of Plaintiff's Amended Complaint.

18.

19. Equifax denies the allegations contained in Paragraph 19 of Plaintiff's Amended Complaint as they pertain to Equifax. Equifax is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 of Plaintiff's Amended Complaint.

20. Equifax denies the allegations contained in Paragraph 20 of Plaintiff's Amended Complaint as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20 of Plaintiff's Amended Complaint.

21. Equifax denies the allegations contained in Paragraph 21 of Plaintiff's Amended Complaint as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 21 of Plaintiff's Amended Complaint.

Equifax denies that Plaintiff is entitled to any of the relief set forth in his Prayer for Relief.

Equifax admits that Plaintiff requests a jury trial.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Amended Complaint fails to state a claim against Equifax upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

WHEREFORE, having fully answered Plaintiff's Amended Complaint, Equifax prays that:

(1) Plaintiff's Amended Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2) That Equifax be dismissed as a party to this action;

(3) That Equifax recover from Plaintiff its expenses of litigation, including attorneys' fees; and

(4) That Equifax recover such other and additional relief as the Court deems just and appropriate.

Respectfully submitted this 19th day of December, 2006.

                EQUIFAX INFORMATION SERVICES LLC

                By: /s/ Lewis P. Perling
                    One of its Attorneys
                    Lewis P. Perling
                    KILPATRICK STOCKTON LLP
                    1100 Peachtree Street, Suite 2800
                    Atlanta, Georgia  30309
                    Tel:  (404) 815-6500
                    Fax: (404) 541-3308

US1900 9167137.1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day, a true and accurate copy of DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT was e-served and/or served by United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Eric G. Fischer
Fischer & Fischer, LLP
125 South Howes, Suite 900
Fort Collins, Colorado 80521

This 19th day of December, 2006.

/s/ Lewis P. Perling