IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02020-RPM-MEH

WILLIAM COULSON,

Plaintiff(s),

v.

EXPERIAN and
EQUIFAX INFORMATION SERVICES,

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2007.**

     For good cause shown, and upon agreement of the parties, the Agreed Motion for Entry of Stipulated Protective Order [Filed February 28, 2007; Docket #24] is **granted.**  The Protective Order shall enter separately.