IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02020-RPM-MEH

WILLIAM COULSON,

Plaintiff(s),

v.

EXPERIAN and
EQUIFAX INFORMATION SERVICES,

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2007.**

For good cause shown, and by agreement of the parties, the Plaintiff's Motion for Leave to File a Second Amended Complaint and Jury Demand [Filed April 5, 2007; Docket #30] is **granted.**

The Second Amended Complaint and Jury Demand submitted by the Plaintiff on April 5, 2007 (Docket #31), is hereby accepted by the Court and deemed the operative pleading on behalf of the Plaintiff in this case. The parties are cautioned in the future that proposed amended documents should merely be tendered for consideration as an attachment to the propounding motion, and not actually filed into the record until approval from the Court is granted. *See* District of Colorado ECF Procedure V.F.2.