IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-2020-RPM-MEH

WILLIAM COULSON,

        Plaintiff,

v.

BONDED ADJUSTING SERVICE, INC.,
EXPERIAN, and
EQUIFAX INFORMATION SERVICES,

        Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant, Experian, it is

ORDERED that this action, including all claims and counterclaims between them, shall be dismissed with prejudice, each party to bear his/its own costs and attorneys' fees, and each waiving all rights to appeal.

Dated: December 11th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge