IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-2020-RPM-MEH

WILLIAM COULSON,

    Plaintiff,

v.

BONDED ADJUSTING SERVICE, INC., and
EQUIFAX INFORMATION SERVICES,

    Defendants.

_____

ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES
_____

  Pursuant to the Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant, EQUIFAX Information Services [70] filed on January 11, 2008, it is

  ORDERED that this action, including all claims and counterclaims between them, are dismissed with prejudice, each party to bear his/its own costs and attorneys' fees, and each waiving all rights to appeal.

  Dated: January 15th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____   _____
        Richard P. Matsch, Senior Judge