IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-2020-RPM-MEH

WILLIAM COULSON,

       Plaintiff,

v.

BONDED ADJUSTING SERVICE, INC., and
EQUIFAX INFORMATION SERVICES,

       Defendants.

_____

ORDER OF DISMISSAL OF DEFENDANT BONDED ADJUSTING SERVICE, INC.
_____

Pursuant to the Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant Bonded Adjusting Services, Inc. [72] filed on January 15, 2008, it is

ORDERED that this action, including all claims and counterclaims between them, are dismissed with prejudice, each party to bear his/its own costs and attorneys' fees, and each waiving all rights to appeal.

Dated: January 16th, 2008

       BY THE COURT:

       s/ Richard P. Matsch

       _____
       Richard P. Matsch, Senior Judge